UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VICTOR A. GONSALVES,

        Plaintiff,

   v.

CONSECO INSURANCE COMPANY,
formerly known as CONSECO
ANNUITY ASSURANCE COMPANY,
CONSECO SERVICES, LLC, CONSECO
MARKETING, LL, DARIN LUCAS,
and DOES 1 to 200 inclusive,

        Defendants.

NO. CIV. S-06-058 WBS KJM

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

        Before the court is defendant Darin Lucas' motion for summary judgment.  On April 24, 2006, defendant filed objections to 26 statements in Plaintiff Victor Gonsalves' declaration in support of his opposition to the motion for summary judgment. Defendants' objections are made primarily on the grounds that the statements at issue constitute hearsay or inadmissable opinions or conclusions of law rather than statements of fact, or are lacking personal knowledge or foundation, are legal opinions and

1

not facts, mischaracterizations, a waste of time, immaterial, and/or irrelevant.

To rule on the defendants' motion for summary judgment, the court must first decide these objections. Accordingly, at the hearing currently set for May 1, 2006, at 1:30 p.m., the court will hear only the evidentiary objections. The hearing on the motion for summary judgment will be rescheduled for a later date after the evidentiary objections have been resolved.

IT IS SO ORDERED.

DATED:  April 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE