1 **LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
2 Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
3 Woodland Hills, California 91367
Telephone (818) 595-3490
4 Fax (818) 595-3494

5

Attorneys for Defendants CONSECO INSURANCE COMPANY, formerly known as
6 CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, and
CONSECO MARKETING, LLC
7

8                   UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  VICTOR A. GONSALVES, | CASE NO. 2:06-cv-00058-WBS-KJM |
| 12      Plaintiff, | [County of Sacramento Superior Court Case No. 05 AS05460] |
| 13      vs. | |
| 14  CONSECO INSURANCE COMPANY, formerly known as CONSECO | [~~PROPOSED~~] ORDER RE EX PARTE APPLICATION |
| 15  ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, | **(1) TO MODIFY SCHEDULING ORDERS BY CONTINUING THE** |
| 16  CONSECO MARKETING, LLC, DARIN LUCAS, and DOES 1 to 200 | **TRIAL AND PERMITTING THE CONSECO DEFENDANTS TO** |
| 17  inclusive, | **BRING A MOTION FOR SUMMARY JUDGMENT** |
| 18      Defendants. | |
| 19  _____ | **OR, ALTERNATIVELY** |
| 20 | **(2) TO SHORTEN THE TIME FOR HEARING A MOTION TO MODIFY SCHEDULING ORDERS BY CONTINUING THE TRIAL AND PERMITTING THE CONSECO DEFENDANTS TO BRING A MOTION FOR SUMMARY JUDGMENT** |
| 24 | Assigned to: The Honorable William B. Shubb |

25

26

27

Law Offices 28
Marc J. Wodin

1

[PROPOSED] ORDER RE EX PARTE APPLICATION

1   The ex parte application of defendants Conseco Insurance Company formerly
2   known as Conseco Annuity Assurance Company, Conseco Services L.L.C. and Conseco
3   Marketing L.L.C. ("the Conseco defendants") for an order modifying the Scheduling
4   Orders by continuing the trial in this action, set for May 15, 2007, for 90 to 120 days, or
5   such other time as the court deems appropriate, and permitting the Conseco defendants to
6   file a motion for summary judgment or in the alternative, for an order shortening time for
7   the court to hear a motion requesting the foregoing relief on April 16, 2007, or such other
8   date as the court deems appropriate, having been considered by this court, the Honorable
9   William B. Shubb District Judge Presiding, and the Court having considered the papers
10  filed on the application, and the Court having granted the motion,
11  NOW THEREFORE IT IS ORDERED:
12  The notice time for hearing the motion to modify scheduling orders is
13  shortened. The hearing on the Conseco defendants' motion is set for **April 30, 2007 at**
14  **1:30 p.m.** Any opposition must be filed and served on or before **April 16, 2007**. Any
15  reply must be filed and served on or before **April 23, 2007.**

DATED: April 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Law Offices
Marc J. Wodin

2

[PROPOSED] ORDER RE EX PARTE APPLICATION