**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494

Attorneys for Defendants CONSECO INSURANCE COMPANY, formerly known as CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, and CONSECO MARKETING, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. GONSALVES,<br><br>           Plaintiff,<br><br>      vs.<br><br>CONSECO INSURANCE COMPANY, formerly known as CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, CONSECO MARKETING, LLC, DARIN LUCAS, and DOES 1 to 200 inclusive,<br><br>           Defendants.<br>_____ | CASE NO. 2:06-cv-00058-WBS-KJM<br><br>[County of Sacramento Superior Court Case No. 05 AS05460]<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Assigned to: The Honorable William B. Shubb |

Pursuant to the order and minutes of the above entitled court on April 30, 2007, granting the Conseco defendants' Motion to Modify Scheduling Order, and continuing the trial of this action to November 27, 2007, at 9 a.m., in Courtroom 5 of the above entitled court, the parties to the above entitled action, by and through their counsel of record, stipulate to the modification of the Scheduling Order as follows:

1. The trial of this action, presently set for May 15, 2007, is continued to November 27, 2007, at 9:00 a.m., in Courtroom 5 of the above entitled court.

2. The Conseco Defendants, only, may file a motion for summary judgment after July 30, 2007, and said motion is specifically limited to and based on the res judicata

Law Offices
Marc J. Wodin

1
STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER
PDF created with pdfFactory trial version www.pdffactory.com

1 effect, if any, pertaining to the state court judgment embodied in Placer County SCV
2 14388 and affirmed in Third District court case no. CO 52351.
3     3. All things which the parties were required to do in this action under the court's
4 Pretrial Order in this action, on and after April 30, 2007, in relation to the trial date of
5 May 15, 2007, are continued so that they are now required to be done in relation to the
6 continued trial date of November 27, 2007.

8 DATED:                           LAW OFFICES OF VICTOR A. GONSALVES

10                                     By:    /s/ Victor A. Gonsalves
11                                             VICTOR A. GONSALVES

14 DATED:                           LAW OFFICES OF MARC J. WODIN

16                                     By:    /s/ Marc J. Wodin
                                            MARC J. WODIN
17 Attorneys for Defendants CONSECO INSURANCE COMPANY, formerly known as
18 CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, and
19 CONSECO MARKETING, LLC

21 DATED:
22                            SCHIFF HARDIN LLP

24                                     By:    /s/ Jean H. Hurricane
                                            JEAN H. HURRICANE
                           Attorneys for Defendant, DARIN LUCAS

Law Offices
Marc J. Wodin

2

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED THAT:

1. The trial of this action, presently set for May 15, 2007, is continued to November 27, 2007, at 9:00 a.m. in Courtroom 5 of the above entitled court.

2. The Conseco Defendants, only, may file a motion for summary judgment after July 30, 2007, and said motion is specifically limited to and based on the res judicata effect, if any, pertaining to the state court judgment embodied in Placer County SCV 14388 and affirmed in Third District court case no. CO 52351.

3. All things which the parties were required to do in this action under the Pretrial Order in this action, on and after April 30, 2007, in relation to the trial date of May 15, 2007, are continued so that they are now required to be done in relation to the continued trial date of November 27, 2007.

DATED:  May 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Law Offices
Marc J. Wodin

3

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com