UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VICTOR A. GONSALVES,

          Plaintiff,

v.

CONSECO INSURANCE COMPANY, formerly known as CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, CONSECO MARKETING, LLC, DARIN LUCAS, and DOES 1 to 200 inclusive,

          Defendants.

NO. CIV. S-06-0058 WBS KJM

ORDER

----oo0oo----

          Defendant Darin Lucas has moved to modify the Scheduling Order to allow him to file another motion for summary judgment. Plaintiff opposes the motion.

          The purpose of continuing the trial date and requiring plaintiff to make Gary Adkins available for deposition was to enable defense counsel to prepare for trial, not for another motion for summary judgment. Lucas has not presented sufficient good cause to justify modification of the scheduling order to permit a successive motion for summary judgment at this late

1

stage of these proceedings.  Accordingly, Lucas' motion to modify the scheduling order for that purpose is DENIED.

DATED:  June 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE