**LAW OFFICES OF MARC J. WODIN**
Marc J. Wodin, Esq. - SBN 79573
Elana Bitton, Esq. - SBN. 130835
21600 Oxnard Street, Suite 1110
Woodland Hills, California 91367
Telephone (818) 595-3490
Fax (818) 595-3494

Attorneys for Defendants CONSECO INSURANCE COMPANY, formerly known as CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, and CONSECO MARKETING, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. GONSALVES, | CASE NO. 2:06-cv-00058-WBS-KJM |
| Plaintiff, | [County of Sacramento Superior Court Case No. 05 AS05460] |
| vs. | |
| CONSECO INSURANCE COMPANY, formerly known as CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, CONSECO MARKETING, LLC, DARIN LUCAS, and DOES 1 to 200 inclusive, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION**<br><br>Assigned to: The Honorable William B. Shubb |
| Defendants. | |

## STIPULATION

It is stipulated, by and between JOHN R. ROBERTS, Bankruptcy Trustee in the matter of In re Victor Gonsalves and Andrea Gonsalves, Debtors, Case No. 07-2633–C7, pending in the United States Bankruptcy Court for the Eastern District of California, and defendants CONSECO INSURANCE COMPANY, formerly known as CONSECO ANNUITY ASSURANCE COMPANY, CONSECO SERVICES, LLC, and CONSECO MARKETING, LLC ("the Conseco defendants"), and defendant DARIN LUCAS ("Lucas") by and through their attorneys, as follows:

1. Plaintiff Victor Gonsalves, as debtor, has filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of California, Case No. 07-26337-C-7 ("the Gonsalves bankruptcy").

2. John R. Roberts is the duly appointed and acting Trustee in the Gonsalves bankruptcy.

3. Plaintiff's claims/causes of action, in the case of Victor A. Gonsalves v. Conseco Insurance Company, et. al. Case No. 2:06-cv-00058-WBS-KJM ("the action"), belong to, and are the property of, the Gonsalves' bankruptcy estate.

4. As Bankruptcy Trustee of the Gonsalves bankrutpcy, John R. Roberts has authority to enter into a settlement of the action, subject to the approval of the Bankruptcy Court.

5. John R. Roberts, as Bankruptcy Trustee of the Gonsalves bankruptcy, and the defendants in the above entitled action, have entered into a settlement of the action, as set forth in a Release and Settlement Agreement, executed by John R. Roberts, the defendants, and their attorneys.

6. Pursuant to the terms of that settlement, among other things, the action shall be dismissed, in its entirety, with prejudice.

7. On November 1, 2007, the Bankruptcy Court issued an order approving the settlement.

8. Accordingly, the Bankruptcy Trustee, and the defendants, by and through their

1  attorneys of record, request that this Court now enter an order, dismissing the entire
2  action, with prejudice.

5  DATED: 12/17/07                            /s/ JOHN ROBERTS
                                              JOHN R. ROBERTS, Bankruptcy Trustee

8  DATED: 12/18/07                        LAW OFFICES OF MARC J. WODIN

10                                         By:     /s/ MARC J. WODIN
                                                   MARC J. WODIN
11                                         Attorneys for Defendants and CONSECO
                                           INSURANCE COMPANY, formerly known as
12                                         CONSECO ANNUITY ASSURANCE
                                           COMPANY, CONSECO SERVICES, LLC, and
13                                         CONSECO MARKETING, LLC

15  DATED: 12/17/07                        FIELD WARWICK & SANDERS

17                                         By:     /s/ DAVID M. SANDERS
                                                   DAVID M. SANDERS
18                                         Attorneys for Defendant, DARIN LUCAS

1 **ORDER**

2     IT IS ORDERED THAT:

3

4     The above entitled action is dismissed, in its entirety, with prejudice.

5

6 DATED: December 18, 2007

7

8 _____
    WILLIAM B. SHUBB
9     UNITED STATES DISTRICT JUDGE